IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN M. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:09-cv-589-ID |
| | ) | [WO] |
| | ) | |
| SHERIFF J. JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #27) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #27) of the Magistrate Judge is ADOPTED. It is further

ORDERED that Plaintiff's complaint is DISMISSED, with prejudice, as moot.

A separate judgment shall be entered.

Done this 23rd day of December, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE